FORÉS, DEMANDANTE Y APELADO, *v.* BALSAC, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Mayagüez en pleito sobre indemnización.

No. 2144.—Resuelto en enero 16, 1920.

APELACIÓN — TRANSCRIPCIÓN DEL RÉCORD — PARTES APELANTES. — Cuando ambas partes apelan de una sentencia, si una sola de ellas prepara y eleva la transcripción de los autos, y se opone a ello, la otra parte no puede valerse de la dicha transcripción para sostener su recurso.

ID.—CORRECCIÓN DE LA TRANSCRIPCIÓN DE LOS AUTOS.—No es parte necesaria en el récord de una apelación interpuesta por el demandado, el escrito de apelación contra la misma sentencia presentado por el demandante.   Si ambas partes apelan, para sostener su recurso cada una, además de interponerlo, debe perfeccionarlo elevando ella misma la transcripción al Supremo, a menos que convengan las dos en servirse de una sola transcripción.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Angel A. Vázquez.*

Abogados del apelado: *Sres. Benito Forés y José Sabater.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El demandante reclamó $10,000 por daños y perjuicios. La corte concedió $500.   El demandado apeló para ante este

tribunal, preparando él mismo la transcripción, que fué apro-
bada por la corte sentenciadora, y archivando una copia, cer-
tificada por el secretario de la corte inferior previo el pago
de los derechos correspondientes, en esta Corte Suprema.

Así las cosas el demandante solicitó la corrección de la
transcripción a los efectos de que se adicionara con una copia
certificada de un escrito de dicho demandante apelando de
la sentencia. El demandado se opuso acompañando a su opo-
sición una certificación del secretario de la corte de distrito
creditiva de que si bien el demandante apeló de la sentencia,
no radicó exposición del caso alguna, siendo la única exposi-
ción del caso presentada la archivada por el demandado a
los efectos de su apelación. El demandante presentó un
nuevo escrito en el que alegó que tratándose de los mismos
hechos no creyó que fuera necesario preparar otra transcrip-
ción para sostener su recurso. No consta que existiera con-
venio alguno entre las partes a los efectos de que la misma
exposición sirviera para ambas apelaciones.

Siendo esos los hechos, la conclusión de que el demandante
no tiene derecho a aprovecharse del trabajo y de los recur-
sos invertidos por el demandado en perfeccionar su apela-
ción, es clara. La cita que hace el demandado del caso de
*Puigdollers* v. *Monroig,* 14 D. P. R. 204, le favorece por com-
pleto. Dentro de esta apelación establecida y perfeccionada
por el demandado, sólo corresponden al demandante los de-
rechos que la ley y la jurisprudencia reconocen a los apelados.

La moción del demandante y apelado sobre corrección
de autos debe ser, en tal virtud, desestimada.

> *Desestimada la moción solicitando corrección
> de autos.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf, Aldrey y Hutchison.